UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STACY G. HALL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BUDDY MYOTTE ET AL,<br><br>　　　　　Defendants. | CV-16-058-H-DLC<br><br>ORDER |

　　　　IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

　　　　DATED this 28th day of April, 2023.

_____
Dana L. Christensen, District Judge
United States District Court