UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STACY HALL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BUDDY MYOTTE, et al.,<br><br>　　　　　Defendants. | Case No. CV-16-058-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**X**　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED in accordance with the Jury Verdict rendered on May 3, 2023, document number 174, Judgment is entered in favor of the Defendants and against the Plaintiff.

　　Dated this 3rd day of May, 2023.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ Sarah Nagy
　　　　　　　　　　　　　　　Sarah Nagy, Deputy Clerk